United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50964
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

             v.

ARMANDO MARTINEZ-LOPEZ

                    Defendant - Appellant


                  ----------------------
        Appeal from the United States District Court for the
              Western District of Texas, Del Rio
                        2:05-CR-72
                  ----------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the district court for resentencing is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until 14 days after denial of motion to vacate and remand is DENIED as moot.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.